UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-3323 PA (PVCx) | Date | June 25, 2025 |
|---|---|---|---|
| Title | Shante Reaux v. Equifax Information Services, LLC, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS - COURT ORDER

     Local Rule 83-1.3 provides that it "shall be the responsibility of the parties to promptly file a Notice of Related Cases whenever two of more civil cases filed in this District: (a) arise from the same or a closely related transaction, happening, or event; (b) call for determination of the same or substantially related or similar questions of law and fact; or (c) for other reasons would entail substantial duplication of labor if heard by different judges." Local Rule 83-1.3 also states that the Notice of Related Cases "must be filed at the time any case (including a notice of removal or bankruptcy appeal) appearing to relate to another is filed, or as soon thereafter as it reasonably should appear that the case relates to another."

     Plaintiff Shante Reaux ("Plaintiff"), who is appearing pro se, did not file a Notice of Related Case and, on the Civil Cover Sheet, demarcated that this case is not related or identical to any previously filed action in this court. Defendants Equifax Information Services, LLC ("Equifax"), Experian Information Solutions, Inc. ("Experian"), and Trans Union, LLC ("Trans Union") (collectively "Defendants") have appeared. According to Defendants' portion of the Joint 26(f) Report:

> Plaintiff's Complaint and address match the pleadings and addresses for multiple pro se litigants who have filed separate actions against Defendants in the Central District of California, reinforcing concerns about Plaintiff's identity. See, e.g., Joseph Williams v. Experian, et al. (C.D. Cal. 2:25-cv-03322-SPG-SSC); Jo-Anne Hayden-Williams v. Equifax Information Services, LLC, et al. (C.D. Cal. 2:24-cv-10869-HDV-JPR).

Despite Defendants' concerns about Plaintiff's identity and multiple cases involving similar claims, neither Plaintiff nor Defendants identified Shante Reaux v. Equifax Information Services, LLC, et al., Case No. CV 24-7785 SVW (BFMx), as related to this action in either a Notice of Related Cases or in the Joint 26(f) Report. That action, like the other cases cited in the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-3323 PA (PVCx) | Date | June 25, 2025 |
|---|---|---|---|
| Title | Shante Reaux v. Equifax Information Services, LLC, et al. | | |

Joint 26(f) Report, involved claims of identify theft and violations of the Fair Credit Reporting Act against Equifax, Experian, and Trans Union that are substantially similar to those alleged in this action. Indeed, the Court notes that each of the law firms and some of the attorneys that represented Defendants in Case No. CV 24-7785 SVW (BFMx) are listed on the Joint 26(f) Report in this action.

    Plaintiff and Defendants' counsel are ordered to show cause why they should not be sanctioned up to $1,000.00 for failing to file a Notice of Related Case as required by Local Rule 83-1.3 and for failing to identify this action as related to Case No. CV 24-7785 SVW (BFMx) The Responses to this Order to Show Cause shall be filed by no later than July 7, 2025.

    IT IS SO ORDERED.