# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANTE JULISSA REAUX,<br><br>            Plaintiff(s),<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC,<br><br>            Defendant(s). | Case No. 2:25-cv-03323-PA-PVC<br><br>**ORDER GRANTING STIPULATED OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Based on the Stipulation of Plaintiff SHANTE JULISSA REAUX ("Plaintiff") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Defendant") It is HEREBY ORDERED as follows:

1. The above-entitled action, Case No. 2:25-cv-03323-PA-PVC is dismissed as to Defendant Experian Information Solutions Inc. with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1); and;

2. Each party shall bear their own costs and fees.

IT IS SO ORDERED.

Dated: November 10, 2025

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

-1-

**PROOF OF SERVICE**

I, Jenice Thakur, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On November 12, 2025, I served a copy of the within document(s):

**[PROPOSED] ORDER GRANTING STIPULATED OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below

Shante Julissa Reaux
560 S Main Street, Apt 5N
Los Angeles, CA 90013
Email:shantereaux@gmail.com
*Pro Se Plaintiff*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 12, 2025, at Irvine, California.

                                        */s/ Jenice Thakur*

Jenice Thakur